UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A.L. LEBLANC, LTD.,

    Plaintiff,

v.   Case No.  8:06-cv-2065-T-24 EAJ

FORESIDE TRADING COMPANY, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment. (Doc. No. 9).  As explained below, the motion is granted.

Plaintiff filed suit against Defendant for Defendant's failure to make payments due under an installment note.  Plaintiff alleges in the complaint that Defendant owes $153,750, plus attorneys' fees and costs.  (Doc. No. 1, ¶ 18, 19 and Ex. A, p.19).  Defendant failed to respond to the complaint, and the Clerk entered default on January 22, 2008.  (Doc. No. 8).  Plaintiff now moves for entry of default judgment, consisting of: $153,750 (the amount due under the note), $4,360.50 in attorneys' fees, and $415.00 in costs.  The Court has reviewed the fees and costs in which Plaintiff requests reimbursement, and the Court finds that the costs incurred, hours expended, and the rates charged are reasonable.  (Doc. No. 9, Ex D, E, F).

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default Judgment (Doc. No. 9) is **GRANTED**.  The Clerk is directed to enter judgment in favor of Plaintiff in the amount of $158,525.50 and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of February, 2008.

                                                SUSAN C. BUCKLEW
                                                United States District Judge

Copies to:
Counsel of Record